IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KHOSROW RAHIMI,

    Plaintiff,

v.

CITY OF SHERIDAN and
STATE OF OREGON,

    Defendants.

No. 3:20-cv-01607-AC

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge John Acosta issued a Findings and Recommendation on June 28, 2021, in which he recommends that this Court grant Defendants' motion to dismiss. F&R, ECF 23. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 25. When any party objects to any portion of the Magistrate Judge's Findings &

1 – ORDER

Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [23]. Therefore, Defendants' Motions to Dismiss [9], [18] are GRANTED.

IT IS SO ORDERED.

DATED: _____July 28, 2021_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER